# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JEREMY STEPHAN McGEE**                                                              **PETITIONER**

v.                                                            No. 1:25-cv-117-MPM-DAS

**STATE OF MISSISSIPPI**                                                          **RESPONDENT**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 17, 2025, the court entered an order requiring the plaintiff to submit an amended petition on the proper form. Doc. [3]. Petitioner acknowledged receipt of the order on July 23, 2025. Doc. [4]. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has long since passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 15th day of January, 2026.

/s/ Michael P. Mills  
UNITED STATES DISTRICT JUDGE  
NORTHERN DISTRICT OF MISSISSIPPI